B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Birmingham Cosmetic Surgery, P.L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**04-3656811** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**30603 Southfield Road**<br>**Southfield, MI**<br>ZIP Code **48076** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Birmingham Cosmetic Surgery, P.L.L.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Birmingham Cosmetic Surgery, P.L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Ernest M. Hassan**
Signature of Attorney for Debtor(s)

**Ernest M. Hassan P67815 ehassan@sbplclaw.com**
Printed Name of Attorney for Debtor(s)

**Stevenson & Bullock, P.L.C.**
Firm Name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**

Address

**(248)354-7906  Fax: (248)354-7907**
Telephone Number

**December  5, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rouchdi Rifai**
Signature of Authorized Individual

**Rouchdi Rifai**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**December  5, 2014**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Birmingham Cosmetic Surgery, P.L.L.C.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 5, 2014**

Signature **/s/ Rouchdi Rifai**
**Rouchdi Rifai**
**Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# RESOLUTION OF THE
# BOARD OF DIRECTORS, MEMBERS, OFFICERS AND SHAREHOLDERS OF
# BIRMINGHAM COSMETIC SURGERY, P.L.L.C.

**Birmingham Cosmetic Surgery, P.L.L.C.** a Michigan limited liability corporation (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the board of directors, members, officers and shareholders of the Company on December 5, 2014, in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the board of directors, members, officers and shareholders, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Rouchdi Rifai is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); and

RESOLVED that Rouchdi Rifai is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Rouchdi Rifai be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that the law firm of Stevenson & Bullock, PLC be and it hereby is, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Company in the name of and on behalf of the Company in the furtherance

of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ Day of December 2014.

**BIRMINGHAM COSMETIC SURGERY, P.L.L.C.**

By: /s/ Rouchdi Rifai
Rouchdi Rifai
Its:   Director, Member, Shareholder and Authorized Officer

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Birmingham Cosmetic Surgery, P.L.L.C.**     Case No.
Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 5, 2014**

**/s/ Rouchdi Rifai**
**Rouchdi Rifai**/**Member**
Signer/Title

4th Judicial Circuit Court
312 S Jackson St Fl 5
11-3545-NH
Jackson, MI 49201


89 Realty, LLC
1630 W. Rauch Road
Temperance, MI 48182


Air Gas
PO Box 802576
Chicago, IL 60680


Allergan
12975 Collection Center
Chicago, IL 60693


American Express
P.O. Box 7871
Fort Lauderdale, FL 33329


Bank of America
231 S LaSalle St
Chicago, IL 60603


Calarescience
2141 Palomar Airport,
Carlsbad, CA 92011


Captial One Bank
PO Box 6492
Carol Stream, IL 60197-6492


Carolon
601 Forum Parkway
Rural Hall, NC 27045


CBS Outdoor
PO Box 33074
Newark, NJ 07188


City of Jackson
Andrew Wrozek, Treasurer
161 W. Michigan Ave.
Jackson, MI 49201

City of Jackson-Water
Andrew Wrozek, Treasurer
161 W. Michigan Ave.
Jackson, MI 49201


City of Port Huron
Water Office
100 McMorran Blvd.
Port Huron, MI 48060-4007


City of Southfield
Irv M. Lowenberg, Treasurer
26000 Evergreen Rd.
Southfield, MI 48076


Comcast
Po Box 7500 Southeastern
Southeastern, PA 19398


Complete Prop
7921 Alexis Dr.
Jackson, MI 49201


Consumers Energy
P.O. Box 740309
Cincinnati, OH 45274


Country Club Turf
2501 Lansing Ave
Jackson, MI 49201


Curascrept
P.O. Box 533307
Charlotte, NC 28290


Custom Medical
POBox 177
Pine Level, NC 27568


D & P Company
4200 Teal Rd.
Petersburg, MI 49270

Delasco
608 13th Ave
Council Bluffs, IA 51501


DTE
PO Box 740786
Cincinnati, OH 45274-0786


Efstratia Janis
904 Michigan Street
Port Huron, MI 48060


Eradico
41169 Vincenti Ct
Novi, MI 48375


Franklin Bank
24725 W. Twelve Mile Road
Southfield, MI 48034


Frontier
P.O. Box 20550
Rochester, NY


Gannett Michigan Newpapers
P.O. Box 30318
Lansing, MI 48919


Granger
P.O. Box 22213
Lansing, MI 48909


Henry Schein
135 Duryea Rd
Melville, NY 11747


Image First
13281 Merriman
Livonia, MI 48150


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Katherine Pagan c/o Bruce A. Inosencio
Inosencio & Fisk, PLLC
740 West Michigan Avenue
P.O. Box 4033
Jackson, MI 49204


McKesson Medical
PO Box 933027
Atlanta, GA 31193


McKesson Specialty
15212 Collection Center
Chicago, IL 60693


Medical Staffing Network
PO Box 840292
Dallas, TX 75284


Medico
PO Box  3092
Easton, PA 18043


Mentor
15600 Collections Center Dr
Chicago, IL 60693


Merz
PO Box 912073
Denver, CO 80291


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan Gas
PO Box 700006
Prescott, AZ 86304


Mobile Medical
23389 Telegraph
Southfield, MI 48033

Moore Medical
PO Box 99710
Chicago, IL 60696


Office Dept.
PO Box 63321
Cincinnati, OH 45263


Paragon Service
204 West Bennett Street
Saline, MI 48176


Paul Hoskins
25525 Belladonna
South Lyon, MI 48178


Photomedex
PO Box 28123
New York, NY 10087


Praxair
30600 Dequindre
Warren, MI 48092


Priortity Payment System of Michigan
4890 Skelton Rd
Columbiaville, MI 48421


PSI
PO Box 174
Flint, MI 48501


Quality Billing
31591 Lavender
Rockwood, MI 48173


Quest
13138 Collections Center
Chicago, IL


Rouchdi Rifai and Shadia Martini
30202 Inkster Road
Franklin, MI 48025

Rouchdi Rifai Revocable Trust
30202 Inkster Road
Franklin, MI 48025


Semco Energy
P.O. Box 740812
Cincinnati, OH 45274-0812


Shadia Martini
30202 Inkster Road
Franklin, MI 48025


Shadia Martini & Rouchdi Rifai
30202 Inkster Road
Franklin, MI 48025


Standard Office
9285 Military
Port Huron, MI 48060


State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437


State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202


State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922


The Doctor Company
PO Box 52780
Phoenix, AZ 85072


TNG
29683 W K Smith Dr.
New Hudson, MI 48165

Troy Oakland
7525 Mitchell Rd
Eden Prairie, MN 55344


U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


US Bank
PO Box 790408
Saint Louis, MO 63179


Valley City Linen
10 Diamond Ave S.E.
Grand Rapids, MI 49506


Village of Dundee
350 W. Monroe St.
Dundee, MI 48131


Waste Management
PO Box 4648
Carol Stream, IL 60197