B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Birmingham Cosmetic Surgery, P.L.L.C.**     Case No.
                                                Debtor(s)     Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allergan**<br>**12975 Collection Center**<br>**Chicago, IL 60693** | **Allergan**<br>**12975 Collection Center**<br>**Chicago, IL 60693** | **Medical Supplies** | | **179,006.80** |
| **American Express**<br>**P.O. Box 7871**<br>**Fort Lauderdale, FL 33329** | **American Express**<br>**P.O. Box 7871**<br>**Fort Lauderdale, FL 33329** | **Meidcal Supplies** | | **62,840.44** |
| **Calarescience**<br>**2141 Palomar Airport,**<br>**Carlsbad, CA 92011** | **Calarescience**<br>**2141 Palomar Airport,**<br>**Carlsbad, CA 92011** | **Medical Supplies** | | **15,637.43** |
| **City of Jackson**<br>**Andrew Wrozek, Treasurer**<br>**161 W. Michigan Ave.**<br>**Jackson, MI 49201** | **City of Jackson**<br>**Andrew Wrozek, Treasurer**<br>**161 W. Michigan Ave.**<br>**Jackson, MI 49201** | **Property Taxes** | | **1,839.00** |
| **City of Jackson-Water**<br>**Andrew Wrozek, Treasurer**<br>**161 W. Michigan Ave.**<br>**Jackson, MI 49201** | **City of Jackson-Water**<br>**Andrew Wrozek, Treasurer**<br>**161 W. Michigan Ave.**<br>**Jackson, MI 49201** | **Water Bill** | | **2,323.27** |
| **Gannett Michigan Newpapers**<br>**P.O. Box 30318**<br>**Lansing, MI 48919** | **Gannett Michigan Newpapers**<br>**P.O. Box 30318**<br>**Lansing, MI 48919** | **Advertising** | | **3,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Estimated Income Tax** | | **24,000.00** |
| **Katherine Pagan c/o Bruce A. Inosencio**<br>**Inosencio & Fisk, PLLC**<br>**740 West Michigan Avenue**<br>**P.O. Box 4033**<br>**Jackson, MI 49204** | **Katherine Pagan c/o Bruce A. Inosencio**<br>**Inosencio & Fisk, PLLC**<br>**740 West Michigan Avenue**<br>**Jackson, MI 49204** | **Lawsuit** | **Contingent Unliquidated Disputed** | **1,500,000.00** |
| **McKesson Medical**<br>**PO Box 933027**<br>**Atlanta, GA 31193** | **McKesson Medical**<br>**PO Box 933027**<br>**Atlanta, GA 31193** | **Medical Supplies** | | **5,363.78** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Birmingham Cosmetic Surgery, P.L.L.C.**  Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **McKesson Specialty**<br>15212 Collection Center<br>Chicago, IL 60693 | **McKesson Specialty**<br>15212 Collection Center<br>Chicago, IL 60693 | **Medical Suppplies** | | 13,223.55 |
| **Mentor**<br>15600 Collections Center Dr<br>Chicago, IL 60693 | **Mentor**<br>15600 Collections Center Dr<br>Chicago, IL 60693 | **Medical Supplies** | | 29,050.00 |
| **Merz**<br>PO Box 912073<br>Denver, CO 80291 | **Merz**<br>PO Box 912073<br>Denver, CO 80291 | **Medical Supplies** | | 6,790.03 |
| **Office Dept.**<br>PO Box 63321<br>Cincinnati, OH 45263 | **Office Dept.**<br>PO Box 63321<br>Cincinnati, OH 45263 | **Office Supplies** | | 1,768.82 |
| **Paragon Service**<br>204 West Bennett Street<br>Saline, MI 48176 | **Paragon Service**<br>204 West Bennett Street<br>Saline, MI 48176 | **Purchase of Anesthesi Machine** | | 1,754.08 |
| **Shadia Martini**<br>30202 Inkster Road<br>Franklin, MI 48025 | **Shadia Martini**<br>30202 Inkster Road<br>Franklin, MI 48025 | **Loans** | | 39,365.00 |
| **Shadia Martini & Rouchdi Rifai**<br>30202 Inkster Road<br>Franklin, MI 48025 | **Shadia Martini & Rouchdi Rifai**<br>30202 Inkster Road<br>Franklin, MI 48025 | **Loans** | | 52,000.00 |
| **State of Michigan Department of Treasury**<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | **State of Michigan Department of Treasury**<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | **Estimated Income Tax** | | 3,000.00 |
| **The Doctor Company**<br>PO Box 52780<br>Phoenix, AZ 85072 | **The Doctor Company**<br>PO Box 52780<br>Phoenix, AZ 85072 | **Liability Insurance** | | 3,280.51 |
| **TNG**<br>29683 W K Smith Dr.<br>New Hudson, MI 48165 | **TNG**<br>29683 W K Smith Dr.<br>New Hudson, MI 48165 | **Medical Supplies** | | 4,077.00 |
| **US Bank**<br>PO Box 790408<br>Saint Louis, MO 63179 | **US Bank**<br>PO Box 790408<br>Saint Louis, MO 63179 | **Credit Card** | | 13,667.12 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 5, 2014**              Signature  **/s/ Rouchdi Rifai**
                                                    **Rouchdi Rifai**
                                                    **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.